```
LONNIE LERON BAGGETT              AT&T                              FOCUS RECEIVABLES
CHELSEA DAWN BAGGETT              PO BOX 5087                       1130 NORTHCHASE PKWY
1277 LAMBERT LN                   CAROL STREAM, IL 60197-5087       SUITE 150
BROOKHAVEN, MS 39601                                                MARIETTA, GA 30067


THOMAS C. ROLLINS, JR.            BROOKHAVEN ANIMAL HOSP            JPMCB
THE ROLLINS LAW FIRM, PLLC        1210 US-51                        MAILCODE LA4-7100
P.O. BOX 13767                    BROOKHAVEN, MS 39603              700 KANSAS LANE
JACKSON, MS 39236                                                   MONROE, LA 71203


ABSOLUTE RESOLUTIONS              CASHNET USA                       KINGS DAUGHTERS
ATTN: BANKRUPTCY                  175 W JACKSON                     P.O. BOX 5440
8000 NORMAN CENTER DR             STE 1000                          HIGHWAY 51 N
STE 350                           CHICAGO, IL 60604                 BROOKHAVEN, MS 39603-54
BLOOMINGTON, MN 55437


ACIMA                             CITIBANK                          KINGS DAUGHTERS MEDICA
9815 S MONROE ST                  PO BOX 790040                     427 US-51
SANDY, UT 84070                   ST LOUIS, MO 63179                BROOKHAVEN, MS 39601


AFFIRM, INC.                      COMMUNITY CHOICE FINAN            LVNV FUNDING
ATTN: BANKRUPTCY                  1602 VETERANS BLVD                ATTN: BANKRUPTCY
650 CALIFORNIA ST                 STE 2                             PO BOX 10497
SAN FRANCISCO, CA 94108           MCCOMB, MS 39648                  GREENVILLE, SC 29603


AFTERPAY                          CREDIT COLLECTION                 MOHELA
222 KEARNY ST #600                ATTN: BANKRUPTCY                  POB 60610
SAN FRANCISCO, CA 94103           725 CANTON ST                     HARRISBURG, PA 17106
                                  NORWOOD, MA 02062


ALLY FINANCIAL, INC               CVS/CAREMARK                      MOUNTAIN LAUREL ASSURA
ATTN: BANKRUPTCY                  PO BOX 659539                     P.O. BOX 55126
PO BOX 380901                     SAN ANTONIO, TX 78265             BOSTON, MA 02205
BLOOMINGTON, IL 55438


ASSURANT                          DEFINING WELLNESS                 NETCREDIT
6300 WILSON MILLS ROAD            3949 HWY 43 N                     ATTN: BANKRUPTCY
CLEVELAND, OH 44143               BRANDON, MS 39047                 175 W. JACKSON BLVD
                                                                    STE 1000
                                                                    CHICAGO, IL 60604


ASSUREX HEALTH                    FERGUS FCU                        NETWORK SERVICES, INC
PO BOX 645685                     1026 E BROAD ST                   ATTN: BANKRUPTCY
CINCINNATI, OH 45264              MONTICELLO, MS 39654              PO BOX 1725
                                                                    HATTIESBURG, MS 39403
```

```
PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502


PROSPER MARKETPLACE
P.O. BOX 396081
SAN FRANCISCO, CA 94139


REGIONS BANK
PO BOX 10063
BIRMINGHAM, AL 35202-0063


REGIONS BANKCARD
ATTN: BANKRUPTCY
1900 5TH AVE N
HOOVER, AL 35203


SOMISS/UNISA
7400 E ARAPAHO RD SU
ENGLEWOOD, CO 80112


SOUTHWEST MS REGIONAL
212 3RD ST
MCCOMB, MS 39648


SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896


TRANSWORD SYSTEM INC
2135 E PRIMROSE
STE Q
SPRINGFIELD, MO 65804


TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072
```