# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Lonnie Leron Baggett          BANKRUPTCY NO. 25-01549-KMS
       Chelsea Dawn Baggett

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for Ferguson Federal Credit Union and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

> John S. Simpson, MSB No. 8525
> Simpson Law Firm PA
> Attorney for Ferguson Federal Credit Union
> P.O. Box 2058
> Madison, MS  39130-2058
> (601) 957-6600
> jsimpson@simpsonlawfirm.net

Date:  August  12 , 2025.

                                                                     /s/ John S. Simpson
                                                                     John S. Simpson

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

| | |
|---|---|
| Thomas C. Rollins, Jr., MSB No. 103469 | David Rawlings, Chapter 13 Trustee |
| Attorney for Debtors | P.O. Box 566 |
| The Rollins Law Firm P.O. Box 13767 | Hattiesburg, MS 39403 |
| Jackson, MS 39236 | (601)582-5011 |
| (601)500-5533 | drawlings@rawlings13.net |
| trollins@therollinsfirm.com | |

by electronic notice, on August  12 , 2025.

                                                                     /s/ John S. Simpson
                                                                     John S. Simpson