United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-01549-KMS
Lonnie Leron Baggett Chapter 13
Chelsea Dawn Baggett
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3
Date Rcvd: Aug 15, 2025      Form ID: n031      Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lonnie Leron Baggett, Chelsea Dawn Baggett, 1277 Lambert Ln, Brookhaven, MS 39601-8831 |
| 5525657 | + | Assurant, 6300 Wilson Mills Road, Cleveland, OH 44143-2109 |
| 5525660 | | Brookhaven Animal Hosp, 1210 US-51, Brookhaven, MS 39603 |
| 5525666 | + | Defining Wellness, 3949 Hwy 43 N, Brandon, MS 39047-7240 |
| 5525667 | + | Ferguson Federal Credit Union, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5525671 | | Kings Daughters Medica, 427 US-51, Brookhaven, MS 39601 |
| 5525676 | + | Network Services, Inc, Attn: Bankruptcy, Po Box 1725, Hattiesburg, MS 39403-1725 |
| 5525681 | + | Somiss/unisa, 7400 E Arapaho Rd Su, Englewood, CO 80112-1279 |
| 5525682 | + | Southwest MS Regional, 212 3rd St, McComb, MS 39648-4102 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5525652 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 15 2025 20:28:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr, Ste 350, Bloomington, MN 55437 |
| 5534585 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 15 2025 20:28:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 5525659 | | Email/Text: g17768@att.com | Aug 15 2025 20:28:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5525653 | + | Email/Text: bankruptcy@acimacredit.com | Aug 15 2025 20:28:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4296 |
| 5525654 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 15 2025 20:02:52 | Affirm, Inc., Attn: Bankruptcy, 650 California St, San Francisco, CA 94108-2716 |
| 5538794 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 20:25:52 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5525655 | ^ | MEBN | Aug 15 2025 19:43:57 | Afterpay, 222 Kearny St #600, San Francisco, CA 94108-4509 |
| 5543305 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2025 20:23:31 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5525656 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 15 2025 20:28:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5525658 | ^ | MEBN | Aug 15 2025 19:44:01 | Assurex Health, PO Box 645685, Cincinnati, OH 45264-5685 |
| 5526028 | + | Email/Text: bkinfo@ccfi.com | Aug 15 2025 20:28:00 | CCF of Mississippi LLC, 15 Bull St Ste 200, Savannah GA 31401-2686 |
| 5525665 | ^ | MEBN | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: n031 | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 15 2025 19:43:58 | CVS/Caremark, PO Box 659539, San Antonio, TX 78265-9539 |
| 5525661 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Aug 15 2025 20:28:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5525662 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2025 20:24:02 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5525663 | + | Email/Text: bkinfo@ccfi.com | Aug 15 2025 20:28:00 | Community Choice Finan, 1602 Veterans Blvd, Ste 2, McComb, MS 39648-2031 |
| 5525664 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 15 2025 20:28:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5536070 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 15 2025 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5545219 | ^ | MEBN | Aug 15 2025 19:43:39 | John S. Simpson, Esq., Simpson Law Firm PA, Attorney for Ferguson Federal Credit Uni, P.O. Box 2058, Madison, MS 39130-2058 |
| 5525669 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2025 20:01:46 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5525670 | | Email/Text: AKIMBLE@KDMC.ORG | Aug 15 2025 20:28:00 | Kings Daughters, P.O. Box 5440, Highway 51 N, Brookhaven, MS 39603-5440 |
| 5531040 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 20:01:43 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5525672 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2025 20:02:52 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5525673 | ^ | MEBN | Aug 15 2025 19:44:03 | Mohela, Pob 60610, Harrisburg, PA 17106-0610 |
| 5525674 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 15 2025 20:28:00 | Mountain Laurel Assura, P.O. Box 55126, Boston, MA 02205-5126 |
| 5525675 | + | Email/Text: netcreditbnc@enova.com | Aug 15 2025 20:28:00 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5525677 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 20:02:22 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5538735 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2025 20:02:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5525678 | ^ | MEBN | Aug 15 2025 19:43:43 | Prosper Marketplace, P.O. Box 396081, San Francisco, CA 94139-6081 |
| 5525679 | | Email/Text: newbk@Regions.com | Aug 15 2025 20:28:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5525680 | + | Email/Text: newbk@Regions.com | Aug 15 2025 20:28:00 | Regions Bankcard, Attn: Bankruptcy, 1900 5th Ave N, Hoover, AL 35203-2610 |
| 5525668 | | Email/Text: bankruptcy@sequium.com | Aug 15 2025 20:28:00 | Focus Receivables, 1130 Northchase Pkwy, Suite 150, Marietta, GA 30067 |
| 5525683 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 15 2025 20:02:55 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5525685 | | Email/Text: bankruptcynotices@trustmark.com | Aug 15 2025 20:28:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5525684 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 15 2025 20:28:00 | Transword System Inc, 2135 E Primrose, Ste Q, Springfield, MO 65804-4598 |

TOTAL: 34

## BYPASSED RECIPIENTS

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: n031 | Total Noticed: 43 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ferguson Federal Credit Union |
| cr | *+ | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5537278 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5545220 | * | John S. Simpson, Esq., Simpson Law Firm PA, Attorney for Ferguson Federal Credit Uni, P.O. Box 2058, Madison, MS 39130-2058 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net  rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lonnie Leron Baggett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Chelsea Dawn Baggett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01549−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Lonnie Leron Baggett<br>1277 Lambert Ln<br>Brookhaven, MS 39601 | Chelsea Dawn Baggett<br>fka Chelsea Dawn King<br>1277 Lambert Ln<br>Brookhaven, MS 39601 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on August 15, 2025 (Dkt. # 20 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

**Jackson Office:**

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

**Gulfport Office:**

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 15, 2025                                    Danny L. Miller, Clerk of Court